LARS DAHL, Respondent, *v.* ROBINS DRY DOCK AND REPAIR COMPANY, Appellant.

*Negligence — master and servant — injury to machinist precipitated into hold of steamship from breaking of plank on which he went in course of his employment.*

*Dahl v. Robins Dry Dock & Repair Co.,* 216 App. Div. 764, affirmed. (Submitted October 19, 1926; decided November 16, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 8, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. The plaintiff was employed as a machinist's helper. At the time of the accident he was working as one of a gang of six or seven men under the direction of a foreman, or boss rigger, on the ship *El Occident,* lying in navigable water at the dock of the defendant in Brooklyn. Repairs were to be made to the engine of the ship, and a heavy engine valve was in process of being lowered into the engine room. It was necessary in the prosecution of the work to use a plank or planks to extend over an opening upon which the men could stand and reach the suspended valve, and the foreman, or boss rigger, said to the men, " Go and look for another plank to put down here." Plaintiff and another found a plank and brought it to the foreman who said he thought it was all right and placing it across the opening stepped thereon to reach the valve. Plaintiff followed, the plank broke and he was precipitated into the hold, receiving the injuries complained of.

*Paul Koch* and *A. G. Maul* for appellant.

*Ralph G. Barclay* and *William V. Burke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.